## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

### DEPOSIT OF UNCLAIMED FUNDS

| In re: | Bankruptcy Case Number |
|---|---|
| DAVID JOHN ANDERSON and LUCINDA RICE ANDERSON, Debtors. | 09-32514 JTM  [Chapter 7] |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The check listed below was returned to the trustee as overpayment of creditor's claim.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| Wescom Credit Union  5601 E La Palma Ave  Anaheim, CA  92807 | $11.03 |

The address listed above constitutes the last known address in question. The check in the amount of $11.03 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this _1st_ day of November, 2011.

/s/ Duane H. Gillman
Duane H. Gillman, Trustee

SLC_962786.1